**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **PAULETTE M. PETRIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 08-0401-CV-W-GAF-SSA** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING MOTION FOR AWARD OF ATTORNEY'S FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT,
OR ALTERNATIVELY, PURSUANT TO 42 U.S.C. § 406(b)**

Now pending before the Court is Plaintiff's Motion for Award of Attorney's Fees

Pursuant to the Equal Access to Justice Act, or Alternatively, Pursuant to 42 U.S.C. § 406(b).

The Court having considered said motion and the Defendant's response, it is

ORDERED that Plaintiff is awarded attorney's fees in the amount of $7,500.00.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED:  March 9, 2009